**Luis M. GARCES, Plaintiff–Appellant,**

v.

**DEGADEO; et al., Defendants–Appellees.**

**No. 10–15602.**

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 26, 2012.

Luis M. Garces, Ione, CA, pro se.

Jose Zelidon–Zepeda, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

California state prisoner Luis M. Garces appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003). We affirm.

The district court properly dismissed Garces's excessive force claim because he failed to exhaust administrative remedies. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Garces's remaining contentions are unavailing.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.